In the United States District Court
for the Southern District of Ohio
Western Division at Cincinnati

| | |
|---|---|
| Farid Muhammad, *On behalf of himself and those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Ohio First Home Healthcare, Inc., *et al.*, <br><br> Defendants. | Case No. 1:17-cv-864 <br><br> Judge Susan J. Dlott |

Notice of Voluntary Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Farid Muhammad hereby voluntarily dismisses his claims in this case without prejudice.

Respectfully submitted,

/s/ Andrew Kimble
Andrew Biller (0081452)
Andrew Kimble (0093172)
Markovits, Stock & DeMarco, LLC
3825 Edwards Road, Suite 650
513-651-3700 (Phone)
513-665-0219 (Fax)
*abiller@msdlegal.com*
*akimble@msdlegal.com*

*Counsel for Plaintiff and the putative class*

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's ECF system. The undersigned further certifies that a copy of the foregoing will be delivered to counsel for Defendants in accordance with the Federal Rules of Civil Procedure.

/s/ Andrew Kimble

Andrew Kimble